Trial Cause # F-95-72894
Writ # 40-336-05

Re: Jimmy Johnson T.D.C # 727145

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 21 2015

Abel Acosta, Clerk

MOTION DENIED
DATE: 2-11-15
BY: A.C.

IN the 292nd Judicial
District Court of
Dallas County, TX

Amended Motion For leave to File For Rehearing

To The Honorable Judge of said court:

The Relator Jimmy Johnson Argue Mandamus Relief is Available when the Relator Establish that he has no other Adequate Legal Remedy of law And Act he seeks to compel is ministerial and not discretionary in Nature, On Request For want of Jurisdiction see Tex. Gov.t Code § 22.221@., Tex. Const. Art. 5 § 5, Tex. Const. Art. 5 § 8, Article 11.071 § 5, Article 11.072 § 8 And 9 because the current Claims And issues have Not Been And could Not have Been Presented Previously in An Original Application or in A Previously considered Application Filed under this Article, because the Factual or legal Basis For the Claim was unavailable on the date the Applicant File the Previous Application, Against A Preponderance of Newly discovered evidence IF true Creates A doubt As to the efficacy of the verdict sufficient to undermine confidence in the verdict would be different, and the Habeas Court must Afford the Relator A Forum And Opportunity to Present evidence, because NO

(1)

REASONABLE JUROR would have convicted me against a 1st degree Murder in light of this newly discovered evidence, the constitutional error probably resulted in a conviction of one innocence of a lesser included offense, because the evidence that was not known to the Relator even with the exercise of due diligence and I can not rely upon evidence or facts that were available at the time of my trial, Plea or Post-Trial Motions, such as Motion For New Trial, or Request For Relief against denial of my Fundamental Rights of a Fair and impartial trial when I was sentence to an illegal and void, life sentence, And Request For A New Punishment hearing See C.C.P. Article 44.01 (a)(2), C.C.P. Article 44.29 And C.C.P. Article 37.07 § 2(b) and 3 because I am unlawfully Restrained and Confined See C.C.P. Article 11.01, C.C.P. Article 11.05, C.C.P. Article 11.07 and C.C.P. Article 11.22 For want of Jurisdiction Against Petition For Discretionary Review in Rule 68.1 - 68.11 Filed to Court of Appeal 5th District of Dallas TX on and About 12-24-2014 and Also A copy of my Petition For Discretionary Review, Brief in Rule 38.1(h) and Motion For A New trial have been Filed to the Court of Criminal Appeal on 1-14-2015 to Grant my out of time Appeal See PARR VS STATE 206 S.W. 3d at 143 and Rodriquez US 8th Court of Appeals 769 S.W. 2d At 554 See Rule 35.2 Criminal Cases and Rule 35.3 (b) Responsibility For Filing Records because I am indicent on Request For Appointed Counsel in C.C.P. Article 26.05

(2)

The Relator Johnson argue that I am entitled to one Appeal as of Right as mandated by the Supreme Court of the United States see Douglas vs California 372 U.S. 353, 83 S. Ct. 814, 9, L. Ed. 811 (1963) Further the 6th and 14th Amendment of the United State Constitution mandate the Relator received effective Assistance of Counsel on his 1st Appeal as a Right, and that, should an Appeal be dismissed for failure to Comply with a State Appellate Rules, such Appeal must be Remanded, to the State Court of Appeals for a full hearing of the Merits of the Appeal see Evitt vs lucey 469 U.S. 387, 105 S. Ct. 830, 83 L. Ed. 821 (1986) In determining the legal sufficiency, to view the evidence in the light most favorable to the verdict, to determine whether any Rational trier of Facts Could have found the essential element of the offense Beyond a Reasonable doubt see Jackson vs Virginia 443 U.S. 307, 319 S. Ct. 2781, 2789, 61, L. Ed. 2d. 560 (1979) on Request to Reverse and Remand for hearing.

1-14-2015
Date

Jimmy Johnson
Relator Signature

<u>Certificate of Service Rule 9.5.</u>
<u>Rule 2 Suspension of Rules</u>

The Relator Jimmy Johnson verify the statement made in this Amended Affidavit of Inability to Pay Court Costs and Initial filing fees without Pre Payment of fees to file Motion for leave to file for a Rehearing is true and Correct under the Penalty of Perjury see 28 U.S.C. § 1746 for Purpose of Mailbox Rule 4(c) 1, 2, 3, (d) for the Original and Copies of Records in Rule 9.3(b), Rule 34.5(c), Rule 34.6(c)(1), Rule 35.2 and 35.3(b)3 for Service in Rule 52.7 and Local Rule 10, 11, 12(c) and Benefits.

1-14-15
Date

(3)

Jimmy Johnson
Relator Signature